**FILED**

| PROB 22<br>(Rev. 01/24) | August 09, 2024 | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS | 7:02CR00025-001 |
| TRANSFER OF JURISDICTION | BY: _____ slt _____ | DOCKET NUMBER *(Rec. Court)* |
| | DEPUTY | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **TERRY EARL STEWART**<br><br>██████████ | Western District of Texas | Midland/Odessa |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Robert Junell, U.S. District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>06/24/2024 | TO<br>06/23/2034 |

OFFENSE
Count 1: Conspiracy to Possess with Intent to Distribute more than 50 grams of Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; Counts 2 and 3: Aiding & Abetting in the Possession with Intent to Distribute Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Stewart released to and has established himself in the District of Kansas, Topeka Division.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Western    DISTRICT OF   Texas, Midland/Odessa Division

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Kansas, Topeka Division   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 07/24/2024 | _____ |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF   District of Kansas, Topeka Division

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 25, 2024 | s/ *Toby Crouse* |
|---|---|
| *Effective Date* | *United States District Judge* |

FILED

JUL 1 7 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TE
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. MO-02-CR-025(01)S |
| | ) S U P E R S E D I N G |
| | ) I N D I C T M E N T |
| Plaintiff, | ) |
| | ) [Vio: 21 U.S.C. § 846 - |
| V. | ) Conspiracy; |
| | ) 21 U.S.C. § 841(a)(1)- |
| TERRY EARL STEWART | ) Possession With Intent to |
| | ) Distribute a Controlled |
| | ) Substance; 18 U.S.C. §  2 - |
| Defendant. | ) Aid & Abet] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [21 U.S.C. § 846]

That beginning on or about February 1999, and continuing to on or about October

2001, in the Western District of Texas, the Defendant,

### TERRY EARL STEWART,

did combine, conspire, confederate and agree together with persons known to the grand jury,

including: Jason McAffee, Charles Thomas, and Latoya Golden,  and with other persons

unknown to the grand jury to possess with intent to distribute and to distribute a controlled

substance, which offenses involved fifty (50) grams or more of a mixture or substance

containing a detectable amount of cocaine base, "Crack", a Schedule II Narcotic Controlled

Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in

violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [21 U.S.C. § 841(a)(1) & 18 U.S.C. 2]

That on or about September 21, 2001, in the Western District of Texas, the Defendant,

## TERRY EARL STEWART,

aided and abetted by another known to the grand jury, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved a mixture of substance containing a detectable amount of cocaine base, "Crack", a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
### [21 U.S.C. § 841(a)(1) & 18 U.S.C. 2]

That on or about October 10, 2001, in the Western District of Texas, the Defendant,

## TERRY EARL STEWART,

aided and abetted by another known to the grand jury, unlawfully, knowingly, and intentionally distributed a controlled substance, which offense involved a mixture of substance containing a detectable amount of cocaine base, "Crack", a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

MARK T. ROOMBERG
Assistant United States Attorney

AO 245 S (Rev. 04/02)(W.D.TX.) - Judgment in a Criminal Case

**FILED**

APR 1 2003

CLERK, U.S.
WESTERN DISTRICT OF COURT, TEXAS
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Texas
### MIDLAND DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number    MO-02-CR-25S (01) RAJ
                                                      USAO Number

TERRY EARL STEWART

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, TERRY EARL STEWART, was represented by CAROLYN D. THURMOND.

The defendant was found guilty on Count(s) 1S-3S by a jury verdict on January 8, 2003 after a plea of not guilty. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1) & 841 (b)(1)(A) & 846 | Conspiracy to Possess with intent to Distribute more than 50 grams Of Crack Cocaine | October, 2001 | 1s |
| 21 USC 841(a)(1) & 841 (b)(1)(C) & 18 USC 2 | Aiding & Abetting in the Possession with Intent to Distribute Crack Cocaine | September 21, 2001 | 2s |
| 21 USC 841(a)(1) & 841 (b)(1)(C) & 18 USC 2 | Aiding & Abetting in the Possession with Intent to Distribute Crack Cocaine | October 10, 2001 | 3s |

As pronounced on March 28, 2003, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $300.00, total. Payment of the special assessment shall begin immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the / 5 / day of March, 2003.

ROBERT JUNELL
United States District Judge

Defendant's SSN:
Defendant's Date of Birth:
Defendant's residence address:



AO 245 S (Rev. 04/02)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: TERRY EARL STEWART
Case Number: MO-02-CR-25S (01) RAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of the defendant's life as to count 1s, and thirty (30) years as to Counts 2s and 3s.  Sentence imposed in Counts 2s and 3s to run concurrently with sentence imposed in Count 1s.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated in a federal facility as close to Beaumont, Texas as possible.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 04/02)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant:  TERRY EARL STEWART
Case Number:  MO-02-CR-25S (01) RAJ

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Ten (10) years as to Count 1s and Six (6) years as to Counts  2s, and 3s.  Supervised release imposed in these counts is to run concurrently.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this Court as set forth on page 4 of this judgment; and shall comply with the following additional conditions:

<u>X</u>      The defendant shall not be permitted to reside any place where firearms are possessed or stored.

<u>X</u>      The defendant shall participate in a substance abuse treatment program which may include urinalysis testing as directed by the United States Probation Office.  The defendant may be required to contribute to the costs of services rendered (co-payment) in an amount to be determined by the United States Probation Officer, based on the defendant's ability to pay.

AO 245 S (Rev. 09/01)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant:  TERRY EARL STEWART
Case Number:  MO-02-CR-25S (01) RAJ

## CONDITIONS OF SUPERVISION

### Mandatory Conditions:

1)  The defendant shall not commit another federal, state, or local crime.

2)  The defendant shall not illegally possess a controlled substance.

3)  If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sheet of the judgment.  In any case, the defendant shall cooperate with the Probation Officer in meeting any financial obligations.

4)  In supervised release cases only, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

5)  If convicted of a felony, the defendant shall not posses a firearm, destructive device or any other dangerous weapon.

6)  For offenses committed on or after September 13, 1994, the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the Probation Officer.

    The above drug testing condition may be suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

### Standard Conditions:

1)  The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.

2)  The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3)  The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4)  The defendant shall support his or her dependents and meet other family responsibilities.

5)  The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6)  The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7)  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8)  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9)  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10)  The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11)  The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12)  The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13)  As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 04/02)(W.D.TX.) - Fine

Judgment--Page 5

Defendant:  TERRY EARL STEWART
Case Number:  MO-02-CR-25S (01) RAJ

**FINE**

The fine is waived because of the defendant's inability to pay.

CASREF,CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CRIMINAL DOCKET FOR CASE #: 7:02-cr-00025-DC All Defendants

Case title: USA v. Stewart, et al

Date Filed: 03/20/2002

Other court case numbers: 06-51350 5ht Circuit
06-51350 5th Circuit Court of Appeals
7:05-cv-00031 Midland
:03- -50410 5th Circuit

Date Terminated: 01/13/2022

---

Assigned to: Judge David Counts

Appeals court case numbers: '06-51350' '5th
Circuit Court of Appeals', 03-50410, 20-50965
5th USCA

---

### Defendant (1)

**Terry Earl Stewart**
*TERMINATED: 01/13/2022*

represented by **Anthony J. Colton**
Federal Public Defender, TXW
Western District of Texas - Midland
1020 Andrews Hwy
Suite E
Midland, TX 79701
432-247-6888
Fax: 432-684-3814
Email: anthony_colton@fd.org
*TERMINATED: 01/13/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Carolyn D. Thurmond**
Attorney at Law
P.O. Box 3429
Midland, TX 79702
(432) 559-7088
Email: cdthurm@suddenlink.net
*TERMINATED: 07/28/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jeffrey Todd Robnett**
Law Offices of Jeff Robnett
P.O. Box 1583
Midland, TX 79702

Fax: 432/684-7727
Email: jrobnett84@hotmail.com
*TERMINATED: 04/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Laura G. Greenberg**
SEPARATED Federal Public Defender
727 E. Cesar E. Chavez Blvd., B-207
San Antonio, TX 78206
(210) 472-6700
Email: mary_perfecto@fd.org
*TERMINATED: 01/13/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Rodion Cantacuzene , Jr.**
Law Office of Ian Cantacuzene
1605 North Big Spring Street
Midland, TX 79701
432-640-0464
Fax: 432-640-0468
Email: rcantacuzenejr@msn.com
*TERMINATED: 06/06/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Sean P. DeBruine**
Dan Johnson Law Group
400 Oyster Point Blvd
Suite 321
South San Francisco, CA 94080
650.269.9140
Fax: 415-604-4997
Email: sean@debruinelaw.com
*TERMINATED: 08/18/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas S. Morgan**
Morgan & Morgan
1902 West Illinois
Midland, TX 79701
(432) 683-2703
Fax: 432/684-7314
Email: criminallaw@tomsmorgan.com
*TERMINATED: 07/01/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1s) | It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of life. A ter m of supervised release will be 10 years. Sentence imposed in all counts to run concurrently with each other. On December 19, 2016 President Barack Obama commuted the total sentence of imprisonment to a term of 327 months leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. |
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (2s) | It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 years. A term of supervised release is 6 years. On December 19, 2016 President Barack Obama commuted the total sentence of imprisonment to a term of 327 months leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. |
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (3s) | It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 years. A term of supervised release is 6 years. On December 19, 2016 President Barack Obama commuted the total sentence of imprisonment to a term of 327 months leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. |

## Highest Offense Level (Opening)

Felony

## Terminated Counts

| | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS. The defendant did conspire with another to distribute crack. (1) | Dismissed count 1 on government smotion |
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE. The defendant did aid and abet another to distribute crack. (2) | Dismissed count 2 on governments motion |

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE. The defendant did aid and abet another to distribute crack. (3)

Dismissed count 3 on governments motion

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Judge David Counts

### Defendant (2)

**Latoya Latrice Golden**
*TERMINATED: 10/13/2004*

represented by **Eva-Marie Leahey**
Leahey Law Offices
87-1950-C Pakeke Street
Waianae, HI 96792
(808) 744-9658
Email: leaheylaw@hotmail.com
*TERMINATED: 10/13/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS. The defendant did conspire with another to distribute crack. (1)

**Disposition**

Defendant sentenced to 3 months custody in the Bureau of Prisons with 24 months of supervised release to follow.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

**Disposition**

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE. The defendant did aid and abet another to distribute crack. (2)

Dismissed Count 2 on governments motion, dismissing with prejudice.

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE. The defendant did aid and abet another to distribute crack. (3)

Dismissed Count 3 on governments motion, dismissing with prejudice.

### Highest Offense Level (Terminated)

Felony

**Complaints**

**Disposition**

**Plaintiff**

**USA**                                  represented by   **Brandi Young**
U.S. Attorney's Office
400 W. Illinois Avenue, Suite 1200
Midland, TX 79701
(432)686-4110
Email: brandi.young@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Klassen**
Klassen Law Firm PLLC
1407 W Kansas Ave
Midland, TX 79701
(432)684-1111
Email: john@klassenlawfirm.com
*TERMINATED: 05/29/2015*
*LEAD ATTORNEY*
*Designation: Retained*

**Joseph H. Gay , Jr.**
Assistant U.S. Attorney
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7030
Fax: 210 384-7031
Email: Joseph.Gay@usdoj.gov
*TERMINATED: 01/13/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark T. Roomberg**
Assistant U.S. Attorney
U.S. Department of Justice
601 NW Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7025
Fax: 210/384-7105
Email: mark.roomberg@usdoj.gov
*TERMINATED: 09/14/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew Lathrop**
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216
(210) 384-7128

Email: matthew.lathrop@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Franklin Lewis , Jr.**
U.S. Attorney's Office
601 NW Loop 410, Ste. 600
San Antonio, TX 78216
(210) 384-7013
Fax: (210) 384-7135
Email: william.lewis3@usdoj.gov
*TERMINATED: 08/09/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2002 | | Case assigned to Hon. W. R. Furgeson Jr. (fe) (Entered: 04/04/2002) |
| 03/20/2002 | 1 | Sealed Indictment filed against Terry Earl Stewart (1) count(s) 1, 2-3, Latoya Latrice Golden (2) count(s) 1, 2-3 (Pages: 3) (fe) (Entered: 04/04/2002) |
| 03/20/2002 | 2 | Motion by USA as to Terry Earl Stewart, Latoya Latrice Golden to seal indictment (fe) (Entered: 04/04/2002) |
| 03/20/2002 | 3 | Order granting motion to seal indictment [2-1] as to Terry Earl Stewart (1), Latoya Latrice Golden (2) (fe) (Entered: 04/04/2002) |
| 03/20/2002 | 4 | Order Bench warrant issued for Terry Earl Stewart, Latoya Latrice Golden (fe) (Entered: 04/04/2002) |
| 03/20/2002 | | Bench warrant issued for Terry Earl Stewart, Latoya Latrice Golden (fe) (Entered: 04/04/2002) |
| 03/20/2002 | 5 | Standing Order of Referral to U.S. Magistrate on felony guilty/nolo plea as to Terry Earl Stewart, Latoya Latrice Golden (fe) (Entered: 04/04/2002) |
| 03/20/2002 | 6 | Motion by Terry Earl Stewart to detain defendant without bond (fe) (Entered: 04/05/2002) |
| 04/04/2002 | 7 | Motion by USA as to Terry Earl Stewart to unseal indictment (fe) (Entered: 04/05/2002) |
| 04/04/2002 | 8 | Order as to Terry Earl Stewart granting motion to unseal indictment [7-1] (fe) (Entered: 04/05/2002) |
| 04/04/2002 | 9 | Motion by USA as to Latoya Latrice Golden to unseal indictment (fe) (Entered: 04/05/2002) |
| 04/04/2002 | 10 | Order as to Latoya Latrice Golden granting motion to unseal indictment [9-1] (fe) (Entered: 04/05/2002) |
| 04/04/2002 | | Indictment unsealed as to Terry Earl Stewart, Latoya Latrice Golden (fe) (Entered: 04/05/2002) |
| 04/04/2002 | | Arrest of Terry Earl Stewart, Latoya Latrice Golden (sm) (Entered: 04/09/2002) |
| 04/05/2002 | | Defendant(s) Terry Earl Stewart first appearance held; Defendant informed of rights. (sm) (Entered: 04/09/2002) |
| 04/05/2002 | 11 | Motion by USA as to Terry Earl Stewart to detain defendant without bond (sm) (Entered: 04/09/2002) |
| 04/05/2002 | 12 | Order of Temporary Detention as to Terry Earl Stewart ; Bond set to No Bond; setting Detention hearing for 3:30 4/11/02 (sm) (Entered: 04/09/2002) |
| 04/05/2002 | | Arraignment as to Terry Earl Stewart set at 3:30 4/11/02 (sm) (Entered: 04/09/2002) |

| 04/05/2002 | | Defendant(s) Latoya Latrice Golden first appearance held; Defendant informed of rights. (sm) (Entered: 04/09/2002) |
|---|---|---|
| 04/05/2002 | | Bond hearing for Latoya Latrice Golden held (sm) (Entered: 04/09/2002) |
| 04/05/2002 | 13 | Order bond set: Bond set to $10,000.00 Secured with Aunt's signature for Latoya Latrice Golden (sm) (Entered: 04/09/2002) |
| 04/05/2002 | 14 | Bond filed: $10,000.00 Secured with Aunt's signature for Latoya Latrice Golden (sm) (Entered: 04/09/2002) |
| 04/05/2002 | | Arraignment as to Latoya Latrice Golden set at 10:00 4/15/02 (sm) (Entered: 04/09/2002) |
| 04/10/2002 | 15 | Filed CJA Form #20 as to Terry Earl Stewart appointing Rodion Cantacuzene, Jr. (sm) (Entered: 04/10/2002) |
| 04/10/2002 | 16 | Filed CJA Form #20 as to Latoya Latrice Golden appointing Eva Marie Leahey (sm) (Entered: 04/10/2002) |
| 04/11/2002 | 17 | Waiver of detention hearing with reservation of rights by Terry Earl Stewart (sm) (Entered: 04/11/2002) |
| 04/11/2002 | 18 | Order as to Terry Earl Stewart granting motion to detain defendant without bond [11-1] Bond reset to No Bond; , granting motion to detain defendant without bond [6-1] Bond reset to No Bond (sm) (Entered: 04/11/2002) |
| 04/11/2002 | | Arraignment as to Terry Earl Stewart held (sm) (Entered: 04/11/2002) |
| 04/11/2002 | | Defendant(s) Terry Earl Stewart appears with counsel (sm) (Entered: 04/11/2002) |
| 04/11/2002 | | Plea of not guilty entered as to Terry Earl Stewart (sm) (Entered: 04/11/2002) |
| 04/11/2002 | 19 | Order as to Terry Earl Stewart setting docket call to 10:00 4/24/02 , and setting plea agreement due to 5/3/02 (sm) (Entered: 04/11/2002) |
| 04/11/2002 | 20 | Standing Order as to Terry Earl Stewart for discovery (sm) (Entered: 04/11/2002) |
| 04/15/2002 | | Arraignment as to Latoya Latrice Golden held (fe) (Entered: 04/16/2002) |
| 04/15/2002 | | Defendant(s) Latoya Latrice Golden appears with counsel (fe) (Entered: 04/16/2002) |
| 04/15/2002 | | Plea of not guilty entered as to Latoya Latrice Golden (fe) (Entered: 04/16/2002) |
| 04/15/2002 | 21 | Standing Order as to Latoya Latrice Golden for discovery (fe) (Entered: 04/16/2002) |
| 04/15/2002 | 22 | Order as to Latoya Latrice Golden setting docket call for 10:00 5/22/02 , and setting plea agreement due for 5/31/02 (fe) (Entered: 04/16/2002) |
| 04/15/2002 | 23 | Bench warrant returned executed for Latoya Latrice Golden on 4/4/02 (fe) (Entered: 04/16/2002) |
| 04/15/2002 | 24 | Bench warrant returned executed for Terry Earl Stewart on 4/4/02 (fe) (Entered: 04/16/2002) |
| 05/21/2002 | 25 | Order as to Terry Earl Stewart, Latoya Latrice Golden setting Jury selection to 9:00 6/3/02 , and setting Jury trial to 9:00 6/3/02 (fe) (Entered: 05/22/2002) |
| 06/03/2002 | 26 | Minutes of proceedings for Jury Trial conducted on 6/3/02 as to Terry Earl Stewart, Latoya Latrice Golden by Hon. W. R. Furgeson Jr. . Court Reporter: Denver Roden (fe) (Entered: 06/04/2002) |
| 06/03/2002 | | Voir dire begins for Terry Earl Stewart (1) count(s) 1, 2-3, Latoya Latrice Golden (2) count(s) 1, 2-3 (fe) (Entered: 06/04/2002) |
| 06/03/2002 | | Jury selection for Terry Earl Stewart, Latoya Latrice Golden held (fe) (Entered: 06/04/2002) |
| 06/03/2002 | | Jury trial for Terry Earl Stewart, Latoya Latrice Golden resetting to 9:00 6/5/02 (fe) (Entered: 06/04/2002) |

| 06/03/2002 | 27 | Jury seating arrangement as to Terry Earl Stewart, Latoya Latrice Golden filed (fe) (Entered: 06/04/2002) |
|---|---|---|
| 06/03/2002 | 28 | Jury roster as to Terry Earl Stewart, Latoya Latrice Golden filed (fe) (Entered: 06/04/2002) |
| 06/03/2002 | 29 | Peremptory challenges by Terry Earl Stewart, Latoya Latrice Golden (fe) (Entered: 06/04/2002) |
| 06/03/2002 | 30 | Peremptory challenges by USA as to Terry Earl Stewart, Latoya Latrice Golden (fe) (Entered: 06/04/2002) |
| 06/05/2002 | 31 | Motion by Latoya Latrice Golden in limine (fe) (Entered: 06/06/2002) |
| 06/05/2002 | | Rearraignment as to Latoya Latrice Golden held (fe) Modified on 06/10/2002 (Entered: 06/10/2002) |
| 06/05/2002 | | Plea of guilty entered by Latoya Latrice Golden (2) count(s) 1. No plea agreement filed. (fe) (Entered: 06/10/2002) |
| 06/05/2002 | | Referred to Probation for Pre-Sentence Report as to Latoya Latrice Golden (fe) (Entered: 06/10/2002) |
| 06/05/2002 | | Sentencing , Latoya Latrice Golden (2) count(s) 1 set at 5:00 8/29/02 (fe) (Entered: 06/10/2002) |
| 06/05/2002 | | Guilty plea accepted by the court count(s) 1 ;Termed Motions: motion in limine [31-1] as to Latoya Latrice Golden (2) (fe) (Entered: 06/10/2002) |
| 06/05/2002 | 35 | Standing Order: Acceptance of Responsibility as to Latoya Latrice Golden (fe) (Entered: 06/10/2002) |
| 06/06/2002 | 32 | Order as to Terry Earl Stewart granting defense counsel's motion to withdraw and appointing substitute counsel (fe) (Entered: 06/07/2002) |
| 06/06/2002 | 33 | Filed CJA Form #20 as to Terry Earl Stewart appointing Thomas S. Morgan (fe) (Entered: 06/07/2002) |
| 06/07/2002 | 34 | Minutes of proceedings for rearraignment conducted on 6/5/02 as to Latoya Latrice Golden by Judge Furgeson. Court Reporter: Denver Roden (fe) (Entered: 06/10/2002) |
| 06/07/2002 | | Rearraignment as to Terry Earl Stewart held (fe) (Entered: 06/10/2002) |
| 06/07/2002 | 36 | Minutes of proceedings for rearraignment conducted on 6/7/02 as to Terry Earl Stewart by Judge Platt. Plea stopped. Judge gives Tom Morgan more time to review case with defendant. Court Reporter: ERO tapes (fe) (Entered: 06/10/2002) |
| 06/19/2002 | 37 | Motion by USA as to Terry Earl Stewart to prohibit officer from authenticating audiotape (fe) (Entered: 06/20/2002) |
| 06/19/2002 | 38 | Memorandum by USA in support of motion to prohibit officer from authenticating audiotape [37-1] as to Terry Earl Stewart (fe) (Entered: 06/20/2002) |
| 06/19/2002 | 39 | Motion by USA as to Terry Earl Stewart to exclude evidence of extraneous offenses and prior convictions (fe) (Entered: 06/20/2002) |
| 06/19/2002 | 40 | Memorandum by USA in support of motion to exclude evidence of extraneous offenses and prior convictions [39-1] as to Terry Earl Stewart (fe) (Entered: 06/20/2002) |
| 06/21/2002 | 41 | Motion by Terry Earl Stewart for notice of intention to introduce uncharged misconduct pursuant to FRE 404 (sm) (Entered: 06/21/2002) |
| 06/21/2002 | 42 | Motion by Terry Earl Stewart in limine - extraneous offenses (sm) (Entered: 06/21/2002) |
| 06/21/2002 | 43 | Motion by Terry Earl Stewart in limine - prior convictions (sm) (Entered: 06/21/2002) |
| 06/24/2002 | 44 | Order denying motion for notice of intention to introduce uncharged misconduct pursuant to FRE 404 [41-1] as to Terry Earl Stewart (1) (fe) (Entered: 06/24/2002) |
| 06/24/2002 | 45 | Motion by Terry Earl Stewart with memorandum in support to exclude audiotape due to inaudibility (fe) (Entered: 06/24/2002) |

| | | |
|---|---|---|
| 06/24/2002 | 46 | Motion by Terry Earl Stewart with memorandum in support to exclude audiotape on confrontation clause grounds (fe) (Entered: 06/24/2002) |
| 06/28/2002 | | Motion hearing for Terry Earl Stewart held for the following motions: [46-1], [45-1], [37-1]; case to be continued pending superseding indictment; jury to be released (sm) (Entered: 06/28/2002) |
| 06/28/2002 | 47 | Minutes of proceedings for Motion Hearig conducted on June 28, 2002 as to Terry Earl Stewart by Judge Furgeson. Court Reporter: Denver Roden (sm) (Entered: 06/28/2002) |
| 06/28/2002 | 48 | Motion by Terry Earl Stewart for Tom Morgan to withdraw as attorney (sm) (Entered: 06/28/2002) |
| 06/28/2002 | 49 | Order as to Terry Earl Stewart setting Jury selection to 9:00 9/3/02 , and setting Jury trial to 9:00 9/3/02 , and order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice (sm) (Entered: 06/28/2002) |
| 07/01/2002 | 50 | Order granting motion for Tom Morgan to withdraw as attorney [48-1] (Terminated attorney Thomas S. Morgan as to Terry Earl Stewart (1) (fe) (Entered: 07/01/2002) |
| 07/01/2002 | 51 | Filed CJA Form #20 as to Terry Earl Stewart appointing Jeffrey Todd Robnett (fe) (Entered: 07/01/2002) |
| 07/17/2002 | 52 | Superseding indictment as to Terry Earl Stewart (1) count(s) 1s, 2s-3s (Pages: 2) (fe) (Additional attachment(s) added on 8/9/2024: # 1 Superseding Indictment - Redacted) (slt). (Additional attachment(s) added on 8/9/2024: # 2 Superseding Indictment) (slt). (Entered: 07/17/2002) |
| 07/17/2002 | 53 | Notice by USA of Enhanced Penalty as to Terry Earl Stewart (fe) (Entered: 07/17/2002) |
| 08/16/2002 | 54 | Order reassigning case from the docket of Judge R. Furgeson to the docket of Judge A. Duplantier as to Latoya Latrice Golden (fe) (Entered: 08/19/2002) |
| 08/16/2002 | | Defendant Latoya Latrice Golden reassigned to Judge Adrian G. Duplantier (fe) (Entered: 08/19/2002) |
| 08/19/2002 | 55 | Order setting sentencing to 1:00 8/20/02 for Latoya Latrice Golden (fe) (Entered: 08/19/2002) |
| 08/20/2002 | | Sentencing held for Latoya Latrice Golden (2) count(s) 1. Defendant sentenced to 14 months custody in the Bureau of Prisons with three years supervised release to follow. Special assessment of $100. (fe) (Entered: 08/22/2002) |
| 08/20/2002 | | Dismissed count on motion by the Government Latoya Latrice Golden (2) count(s) 2, 3 (fe) (Entered: 08/22/2002) |
| 08/21/2002 | 56 | Minutes of proceedings for Sentencing conducted on 8/20/02 as to Latoya Latrice Golden by Judge Duplantier. Court Reporter: Permian Court Reporters (fe) (Entered: 08/22/2002) |
| 08/30/2002 | 57 | Judgment and Commitment as to Latoya Latrice Golden (2) count(s) 1 (Pages: 5) (fe) (Entered: 08/30/2002) |
| 08/30/2002 | 58 | Order as to Latoya Latrice Golden reassigning defendant from the docket of Judge A. Duplantier to the docket of Judge R. Furgeson. (fe) (Entered: 09/03/2002) |
| 08/30/2002 | | Defendant Latoya Latrice Golden reassigned to Hon. W. R. Furgeson Jr. (fe) (Entered: 09/03/2002) |
| 09/04/2002 | | SEALED PSI PLACED IN VAULT as to Latoya Latrice Golden (fe) (Entered: 09/04/2002) |
| 09/16/2002 | 59 | Judgment and commitment returned executed as to , Latoya Latrice Golden (2) count(s) 1 on 9/11/02. Defendant delivered to FMC Carswell, Ft. Worth, TX. (fe) (Entered: 09/17/2002) |
| 10/11/2002 | 60 | Order resetting Jury selection to 9:00 11/4/02 , and resetting Jury trial to 9:00 11/4/02 for Terry Earl Stewart (fe) (Entered: 10/11/2002) |
| 10/22/2002 | 61 | Motion by Terry Earl Stewart for leave to file motion for continuance of trial (fe) (Entered: 10/23/2002) |
| 10/22/2002 | | Received motion for continuance for filing as to Terry Earl Stewart (fe) (Entered: 10/23/2002) |

| 10/24/2002 | 62 | Order granting motion for leave to continue motion for continuance of trial [61-1] resetting Jury selection to 9:00 12/2/02 for , and resetting Jury trial to 9:00 12/2/02 , order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice as to Terry Earl Stewart (fe) (Entered: 10/24/2002) |
|---|---|---|
| 10/31/2002 | 63 | Response by USA to motion by Christina Johnson, witness's motion to take deposition (fe) (Entered: 10/31/2002) |
| 11/15/2002 | 64 | Order resetting Jury selection to 8:30 12/6/02 for Terry Earl Stewart , and resetting Jury trial to 8:30 12/6/02 for Terry Earl Stewart (fe) (Entered: 11/15/2002) |
| 11/15/2002 | | Docket call set at 8:30 12/6/02 for Terry Earl Stewart (fe) (Entered: 11/18/2002) |
| 11/19/2002 | 65 | Order as to Terry Earl Stewart continuing jury selection and trial , and order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage justice , and setting Jury trial to 9:00 1/6/03 , and setting Jury selection to 9:00 1/6/03 (fe) (Entered: 11/19/2002) |
| 11/26/2002 | | SEALED PSI and Statement of Reasons as to Latoya Latrice Golden returned to Probation Office (sm) (Entered: 11/26/2002) |
| 12/18/2002 | | Miscellaneous hearing held regarding concerns brought up by defendant regarding his attorney for Terry Earl Stewart (fe) (Entered: 12/18/2002) |
| 12/18/2002 | 66 | Minutes of proceedings for miscellaneous hearing conducted on 12/18/02 as to Terry Earl Stewart by Judge Platt. Court Reporter: ERO (fe) (Entered: 12/18/2002) |
| 12/18/2002 | 67 | Order as to Terry Earl Stewart for appointment of additional counsel, Carolyn Thurmond. (fe) (Entered: 12/18/2002) |
| 12/18/2002 | 68 | Filed CJA Form #20 as to Terry Earl Stewart appointing Carolyn Thurmond. (fe) (Entered: 12/18/2002) |
| 01/06/2003 | | Voir dire begins for Terry Earl Stewart (1) count(s) 1s, 2s-3s ; Mooted motions: motion to exlude audiotape on confrontation clause grounds [46-1] as to Terry Earl Stewart (1), motion to exclude audiotape due to inaudibility [45-1] as to Terry Earl Stewart (1), motion in limine - prior convictions [43-1] as to Terry Earl Stewart (1), motion in limine - extraneous offenses [42-1] as to Terry Earl Stewart (1), motion to exclude evidence of extraneous offenses and prior convictions [39-1] as to Terry Earl Stewart (1), motion to prohibit officer from authenticating audiotape [37-1] as to Terry Earl Stewart (1) (fe) (Entered: 01/07/2003) |
| 01/06/2003 | | Jury selection for Terry Earl Stewart held (fe) (Entered: 01/07/2003) |
| 01/06/2003 | | Jury impaneled as to Terry Earl Stewart (fe) (Entered: 01/07/2003) |
| 01/06/2003 | | Jury trial for Terry Earl Stewart begun (fe) (Entered: 01/07/2003) |
| 01/06/2003 | | Jury trial for Terry Earl Stewart held (fe) (Entered: 01/07/2003) |
| 01/06/2003 | | Jury trial for Terry Earl Stewart resetting to 9:00 1/7/03 (fe) (Entered: 01/07/2003) |
| 01/06/2003 | 70 | Peremptory challenges by USA as to Terry Earl Stewart (fe) (Entered: 01/07/2003) |
| 01/06/2003 | 71 | Peremptory challenges by Terry Earl Stewart as to Terry Earl Stewart (fe) (Entered: 01/07/2003) |
| 01/06/2003 | 72 | Jury roster as to Terry Earl Stewart filed (fe) (Entered: 01/07/2003) |
| 01/06/2003 | 69 | Jury seating arrangement as to Terry Earl Stewart filed (fe) Modified on 08/07/2003 (Entered: 01/07/2003) |
| 01/06/2003 | 73 | Proposed / Witness List by USA as to Terry Earl Stewart (fe) (Entered: 01/07/2003) |
| 01/06/2003 | 74 | Exhibit list by USA as to Terry Earl Stewart (fe) (Entered: 01/07/2003) |

| 01/07/2003 | 75 | Minutes of proceedings for Jury Trial conducted on 1/6/03 as to Terry Earl Stewart by Judge Furgeson. Court Reporter: Denver Roden (fe) (Entered: 01/07/2003) |
|---|---|---|
| 01/08/2003 | | Jury trial for Terry Earl Stewart held (fe) (Entered: 01/09/2003) |
| 01/08/2003 | | Oral Motion in open court by Terry Earl Stewart for oral judgment of acquittal (fe) (Entered: 01/09/2003) |
| 01/08/2003 | | Oral order by Hon. W. R. Furgeson Jr. denying oral motion for oral judgment of acquittal [0-0] as to Terry Earl Stewart (1) (fe) (Entered: 01/09/2003) |
| 01/08/2003 | 76 | Court's Charge/Instructions to the Jury as to Terry Earl Stewart signed by Hon. W. R. Furgeson Jr. (fe) (Entered: 01/09/2003) |
| 01/08/2003 | 77 | Witness List by USA as to Terry Earl Stewart (fe) (Entered: 01/09/2003) |
| 01/08/2003 | 78 | Exhibit list by USA as to Terry Earl Stewart (fe) (Entered: 01/09/2003) |
| 01/08/2003 | 79 | Exhibit list by Terry Earl Stewart as to Terry Earl Stewart (fe) (Entered: 01/09/2003) |
| 01/08/2003 | 80 | Jury notes filed as to Terry Earl Stewart (fe) (Entered: 01/09/2003) |
| 01/08/2003 | 81 | Jury verdict as to Terry Earl Stewart guilty Terry Earl Stewart (1) count(s) 1s, 2s-3s (fe) (Entered: 01/09/2003) |
| 01/08/2003 | | Jury trial for Terry Earl Stewart concluded (fe) (Entered: 01/09/2003) |
| 01/08/2003 | | Referred to Probation for Pre-Sentence Report as to Terry Earl Stewart (fe) (Entered: 01/09/2003) |
| 01/08/2003 | | Sentencing , Terry Earl Stewart (1) count(s) 1s, 2s-3s set at 5:00 3/20/03 (fe) (Entered: 01/09/2003) |
| 01/08/2003 | | Defendant continued in custody of the US Marshal as to Terry Earl Stewart (fe) (Entered: 01/09/2003) |
| 01/09/2003 | 82 | Minutes of proceedings for Jury Trial conducted on 1/8/03 as to Terry Earl Stewart by Judge Furgeson. Court Reporter: Denver Roden (fe) (Entered: 01/09/2003) |
| 01/09/2003 | 83 | Exhibit receipt as to Terry Earl Stewart. Exhibits returned to Midland Police Department. (fe) (Entered: 01/09/2003) |
| 01/09/2003 | 84 | Order sequestering jury as to Terry Earl Stewart signed by Hon. W. R. Furgeson Jr. (fe) (Entered: 01/09/2003) |
| 01/16/2003 | 85 | Motion by Terry Earl Stewart with memorandum in support for new trial (fe) (Entered: 01/16/2003) |
| 01/16/2003 | 86 | Motion by Terry Earl Stewart with memorandum in support for judgment of acquittal (fe) (Entered: 01/16/2003) |
| 01/29/2003 | 87 | Response by USA to motion by Terry Earl Stewart : motion for judgment of acquittal [86-1] (fe) (Entered: 01/29/2003) |
| 02/10/2003 | 88 | Order denying motion for judgment of acquittal [86-1] as to Terry Earl Stewart (1), denying motion for new trial [85-1] signed by Hon. W. R. Furgeson Jr. (fe) (Entered: 02/10/2003) |
| 02/18/2003 | 167 | SEALED PRESENTENCE INVESTIGATION REPORT placed under seal and available to the court only as to Terry Earl Stewart. (se) (Entered: 03/24/2021) |
| 03/10/2003 | 89 | Order as to Terry Earl Stewart, Latoya Latrice Golden signed by Hon. W. R. Furgeson Jr. reassigning case from the docket of Judge Royal Furgeson to the docket of Judge Robert Junell. (fe) (Entered: 03/10/2003) |
| 03/10/2003 | | Case reassigned from Hon. W. R. Furgeson Jr. to Judge Robert A. Junell (fe) (Entered: 03/10/2003) |
| 03/12/2003 | 168 | SEALED SENTENCING RECOMMENDATION placed under seal and available to the court only as to Terry Earl Stewart. (se) (Entered: 03/24/2021) |

| | | |
|---|---|---|
| 03/12/2003 | [169](#) | SEALED ADDENDUM TO PRESENTENCE INVESTIGATION REPORT placed under seal and available to the court only as to Terry Earl Stewart. (se) (Entered: 03/24/2021) |
| 03/20/2003 | [90](#) | Order resetting sentencing to 8:30 3/28/03 for Terry Earl Stewart signed by Judge Robert A. Junell (fe) (Entered: 03/20/2003) |
| 03/28/2003 | | Sentencing , Terry Earl Stewart (1) count(s) 1s, 2s-3s held Terry Earl Stewart (1) count(s) 1s. It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of life. A term of supervised release will be 10 years. Sentence imposed in all counts to run concurrently with each other. , Terry Earl Stewart (1) count(s) 2s. It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 years. A term of supervised release is 6 years. , Terry Earl Stewart (1) count(s) 3s. It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 years. A term of supervised release is 6 years. ; Mooted Motions: (sm) (Entered: 03/31/2003) |
| 03/28/2003 | | Oral order as to Terry Earl Stewart by Judge Robert A. Junell , for appointment of counsel of Carolyn Thurmond on appeal (sm) (Entered: 03/31/2003) |
| 03/28/2003 | | Dismissed count on motion by the Government Terry Earl Stewart (1) count(s) 1, 2, 3 (sm) (Entered: 03/31/2003) |
| 03/31/2003 | 91 | Minutes of proceedings for Sentencing conducted on March 28, 2003 as to Terry Earl Stewart by Judge Junell. Court Reporter: Roger Epps, Permian Court Reporters (sm) (Entered: 03/31/2003) |
| 03/31/2003 | | SEALED PSI PLACED IN VAULT as to Terry Earl Stewart (sm) (Entered: 03/31/2003) |
| 04/01/2003 | [92](#) | Judgment and Commitment as to Terry Earl Stewart (1) count(s) 1s, 2s, 3s (Pages: 5) signed by Judge Robert A. Junell (fe) (Entered: 04/01/2003) |
| 04/03/2003 | [93](#) | Notice of appeal by Terry Earl Stewart (fe) (Entered: 04/04/2003) |
| 04/03/2003 | 94 | Motion by Terry Earl Stewart to proceed in forma pauperis (fe) (Entered: 04/04/2003) |
| 04/04/2003 | 95 | Appeal Transcript requested by Terry Earl Stewart as to Terry Earl Stewart appeal [93-1] ; Transcript due on 5/5/03 for dates of 3/28/03 (Proceedings Transcribed: Sentencing) (Court Reporter: Roger Epps) (fe) (Entered: 04/04/2003) |
| 04/04/2003 | 96 | Appeal Transcript requested by Terry Earl Stewart as to Terry Earl Stewart appeal [93-1] ; Transcript due on 5/5/03 for Terry Earl Stewart for dates of 5/28/02, 1/06/03, 1/6/03-1/8/03 (Proceedings Transcribed: Motions hearing, motions hearings, trial) (Court Reporter: Denver Roden) (fe) (Entered: 04/07/2003) |
| 04/07/2003 | | Notice of appeal and certified copy of docket to USCA: as to Terry Earl Stewart appeal [93-1] (fe) (Entered: 04/07/2003) |
| 04/07/2003 | [97](#) | Order as to Terry Earl Stewart (follows oral order , entered 3/28/03) for appointment of counsel signed by Judge Robert A. Junell (fe) (Entered: 04/07/2003) |
| 04/21/2003 | | Return of appeal information sheet received. as to Terry Earl Stewart appeal [93-1] USCA NUMBER: 03-50410 (fe) (Entered: 04/21/2003) |
| 04/24/2003 | 98 | Transcript filed by Terry Earl Stewart appeal [93-1] for dates of 3/28/03 (Proceedings Transcribed: Sentencing) (Court Reporter: Roger Epps) (fe) (Entered: 04/24/2003) |
| 06/24/2003 | 99 | Judgment and commitment returned executed as to , Terry Earl Stewart (1) count(s) 1s, 2s, 3s on 6/10/03. Defendant delivered to BMP Beaumont, TX. (fe) (Entered: 06/24/2003) |
| 07/14/2003 | [100](#) | Order for (Jeffrey Todd Robnett ) to withdraw as attorney for Terry Earl Stewart signed by Judge Robert A. Junell (fe) (Entered: 07/14/2003) |

| | | |
|---|---|---|
| 07/30/2003 | 101 | Transcript filed by Terry Earl Stewart appeal [93-1] for dates of ? (Proceedings Transcribed: Hearing on Limine of Audio Tape) (Court Reporter: Denver Roden) (fe) (Entered: 07/30/2003) |
| 07/30/2003 | 102 | Transcript filed by Terry Earl Stewart appeal [93-1] for dates of January 6, 2003 (Proceedings Transcribed: Jury Trial Volume I) (Court Reporter: Denver Roden) Appeal record due on 8/14/03 for Terry Earl Stewart (fe) (Entered: 07/30/2003) |
| 07/30/2003 | 103 | Transcript filed by Terry Earl Stewart appeal [93-1] for dates of January 7, 2003 (Proceedings Transcribed: Jury Trial Volume 2) (Court Reporter: Denver Roden) Appeal record due on 8/14/03 for Terry Earl Stewart (fe) (Entered: 07/30/2003) |
| 07/30/2003 | 104 | Transcript filed by Terry Earl Stewart appeal [93-1] for dates of January 6, 2003 (Proceedings Transcribed: Jury Trial Volume 3) (Court Reporter: Denver Roden) Appeal record due on 8/14/03 for Terry Earl Stewart (fe) (Entered: 07/30/2003) |
| 08/07/2003 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Terry Earl Stewart appeal [93-1] (fe) (Entered: 08/07/2003) |
| 09/23/2003 | | Transmitted supplemental record on appeal: as to Terry Earl Stewart appeal [93-1] (fe) (Entered: 09/23/2003) |
| 10/08/2003 | | Received information sheet back from 5th Circuit showing that they received supplemental record, exhibits, on 9/26/03 as to Terry Earl Stewart (fe) (Entered: 10/08/2003) |
| 02/25/2004 | 105 | Certified copy of judgment of USCA as to Terry Earl Stewart affirming as to Terry Earl Stewart (1) count(s) 1s, 2s, 3s appeal [93-1] (fe) (Entered: 02/25/2004) |
| 02/25/2004 | | Record on appeal returned from U.S. Court of Appeal as to Terry Earl Stewart : appeal [93-1] (fe) (Entered: 02/25/2004) |
| 05/25/2004 | 106 | Exhibit receipt by USA as to Terry Earl Stewart (fe) (Entered: 05/25/2004) |
| 06/09/2004 | | Exhibits #1-3 for Terry Earl Stewart destroyed. (sm) (Entered: 06/09/2004) |
| 09/17/2004 | 107 | Probation Form 12 to revoke probation/supervised release as to Latoya Latrice Golden signed by Judge Robert A. Junell (sm) (Entered: 09/17/2004) |
| 09/17/2004 | | Probation warrant issued for Latoya Latrice Golden (sm) (Entered: 09/17/2004) |
| 09/17/2004 | | Defendant Latoya Latrice Golden reassigned to Judge Robert A. Junell (sm) (Entered: 09/17/2004) |
| 09/21/2004 | | Arrest of Latoya Latrice Golden (sm) (Entered: 09/22/2004) |
| 09/22/2004 | 108 | Motion by USA as to Latoya Latrice Golden for revocation of probation/supervised release (sm) (Entered: 09/22/2004) |
| 09/22/2004 | | Defendant Latoya Latrice Golden initial appearance on revocation proceedings held (sm) (Entered: 09/22/2004) |
| 09/22/2004 | | Preliminary revocation hearing for Latoya Latrice Golden by Honorable Stephen H. Capelle set at 10:00 9/29/04 (sm) (Entered: 09/22/2004) |
| 09/22/2004 | 109 | Minutes of proceedings for Initial Appearance on Prelimin conducted on September 22, 2004 as to Latoya Latrice Golden by Judge Capelle. Court Reporter: Computer Recording (sm) (Entered: 09/22/2004) |
| 09/22/2004 | 110 | CJA-23 Financial Affidavit filed as to Latoya Latrice Golden (sm) (Entered: 09/22/2004) |
| 09/22/2004 | 111 | Order of Temporary Detention as to Latoya Latrice Golden ; Bond reset to No Bond; setting Bond hearing for 10:00 9/29/04 signed by Honorable Stephen H. Capelle (sm) (Entered: 09/22/2004) |
| 09/23/2004 | 112 | Filed CJA Form #20 as to Latoya Latrice Golden appointing Eva-Marie Leahey (sm) (Entered: 09/23/2004) |

| | | |
|---|---|---|
| 09/29/2004 | 113 | Waiver of preliminary examination by Latoya Latrice Golden : Defendant held to district court. (vt) (Entered: 09/30/2004) |
| 09/29/2004 | 114 | Order bond set: Order reinstating conditons of probation/supervised release Bond reset to $10,000 Unsecured for Latoya Latrice Golden. Defendant is to self surrender on October 8, 2004 at 9:30 a.m. Mooted Bond Motion(s) signed by Honorable Stephen H. Capelle (vt) (Entered: 09/30/2004) |
| 09/29/2004 | 115 | Bond filed: $10,000 Unsecured for Latoya Latrice Golden (vt) (Entered: 09/30/2004) |
| 09/29/2004 | 116 | Minutes of proceedings for Prelim/Dtn. Hrg. that was waived conducted on 09/29/04 as to Latoya Latrice Golden by Judge Capelle. Reporter: ERO (vt) (Entered: 09/30/2004) |
| 10/01/2004 | 117 | Order as to Latoya Latrice Golden setting final revocation hearing to 3:30 10/13/04 signed by Judge Robert A. Junell (sm) (Entered: 10/01/2004) |
| 10/05/2004 | 118 | Probation warrant returned executed for Latoya Latrice Golden on 9/21/04 (mb1) (Entered: 10/05/2004) |
| 10/13/2004 | | Final revocation hearing for Latoya Latrice Golden by Judge Robert A. Junell held (sm) (Entered: 10/14/2004) |
| 10/13/2004 | | Probation/Supervised Release revoked and set aside as to Latoya Latrice Golden (2) count(s) 1. Defendant sentenced to 3 months custody in the Bureau of Prisons with 24 months of supervised release to follow. (sm) (Entered: 10/14/2004) |
| 10/13/2004 | 119 | Minutes of proceedings for Final Revocation Hearing conducted on October 13, 2004 as to Latoya Latrice Golden by Judge Junell. Court Reporter: Todd Anderson (sm) (Entered: 10/14/2004) |
| 10/13/2004 | 120 | Order as to Latoya Latrice Golden granting motion for revocation of probation/supervised release [108-1] signed by Judge Robert A. Junell (sm) (Entered: 10/14/2004) |
| 12/01/2004 | 121 | Judgment revoking terms of probation returned executed as to , Latoya Latrice Golden (2) count(s) 1 on 11/17/04; defendant released to the BOP (sm) (Entered: 12/01/2004) |
| 02/28/2005 | 122 | Motion by Terry Earl Stewart to vacate under 28 U.S.C. 2255 (vt) (Entered: 02/28/2005) |
| 05/26/2005 | 123 | Probation Form 12 as to Latoya Latrice Golden (2) count(s) 1 non-compliance summary (sm) (Entered: 05/26/2005) |
| 07/28/2005 | 124 | Order for service and advisory as to Terry Earl Stewart signed by Judge Robert A. Junell (sm) (Entered: 07/29/2005) |
| 08/15/2005 | 125 | Response by USA to motion by Terry Earl Stewart : motion to vacate under 28 U.S.C. 2255 [122-1] (sm) (Entered: 08/16/2005) |
| 09/01/2005 | 126 | Reply by Terry Earl Stewart to response by USA : response to motion to vacate under 28 U.S.C. 2255 [122-1] (vt) (Entered: 09/01/2005) |
| 04/07/2006 | 127 | Order referring case to United States Magistrate Judge L. Stuart Platt as to Terry Earl Stewart signed by Judge Robert A. Junell (vt) (Entered: 04/07/2006) |
| 04/07/2006 | | Case referred to Judge L. S. Platt (vt) (Entered: 04/07/2006) |
| 08/21/2006 | 128 | REPORT AND RECOMMENDATIONS as to Terry Earl Stewart re 122 Motion to Vacate (2255) . Signed by Judge L. Stuart Platt. (vt, ) (Entered: 08/21/2006) |
| 08/21/2006 | | Motions No Longer Referred as to Terry Earl Stewart: 122 Motion to Vacate (2255) (vt, ) (Entered: 08/21/2006) |
| 08/21/2006 | | -1 (Entered: 04/24/2015) |
| 08/22/2006 | 129 | ORDER mooting 94 Motion to proceed In Forma Pauperis on Appeal as to Terry Earl Stewart (1). Signed by Judge L. Stuart Platt. (vt, ) (Entered: 08/22/2006) |

| 09/14/2006 | 130 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Terry Earl Stewart for 122 Motion to Vacate (2255) filed by Terry Earl Stewart, . Signed by Judge Robert A. Junell. (vt, ) (Entered: 09/14/2006) |
|---|---|---|
| 09/14/2006 | 131 | JUDGMENT as to Terry Earl Stewart . Signed by Judge Robert A. Junell. (vt, ) (Entered: 09/14/2006) |
| 10/10/2006 | 132 | NOTICE OF APPEAL by Terry Earl Stewart No Filing fee Received; Request for Certificate of Appealability. (sm, ) Modified on 10/11/2006 to add text(sm, ). (Entered: 10/11/2006) |
| 10/11/2006 | 133 | Transmission of Notice of Appeal and Docket Sheet as to Terry Earl Stewart to US Court of Appeals re 132 Notice of Appeal - Final Judgment (sm, ) (Entered: 10/11/2006) |
| 11/08/2006 | 134 | ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY as to Terry Earl Stewart re 132 Notice of Appeal - Final Judgment filed by Terry Earl Stewart, . Signed by Judge Robert A. Junell. (vt, ) (Entered: 11/08/2006) |
| 11/15/2006 | 135 | Letter/Correspondence to the US Court of Appeals in reference to Order Denying Application for COA by Terry Earl Stewart (vt, ) (Entered: 11/15/2006) |
| 11/20/2006 | 136 | Certified and Transmitted Record on Appeal as to Terry Earl Stewart to US Court of Appeals, 5th Circuit. re 132 Notice of Appeal - Final Judgment (vt, ) (Entered: 11/20/2006) |
| 11/29/2006 | 137 | Certified and Transmitted Record on Appeal as to Terry Earl Stewart to 5th Circuit Court of Appeals. re 132 Notice of Appeal - Final Judgment (vt, ) (Entered: 11/29/2006) |
| 11/29/2006 | 138 | Acknowledgement Receipt for Record on Appeal as to Terry Earl Stewart by U.S. Court of Appeals. re 136 Appeal Record Transmitted (vt, ) (Entered: 11/29/2006) |
| 12/05/2006 | 139 | USCA Info Sheet Received. USCA Case Number 06-51350 as to Terry Earl Stewart in 5th Circuit Court of Appeals for 132 Notice of Appeal - Final Judgment filed by Terry Earl Stewart,. (vt, ) (Entered: 12/05/2006) |
| 12/11/2006 | 140 | Acknowledgement Receipt for Record on Appeal as to Terry Earl Stewart by US Court of Appeals-5th Circuit. re 137 Appeal Record Transmitted (vt, ) (Entered: 12/11/2006) |
| 12/11/2006 | 141 | Letter/Correspondence from the U.S. Court of Appeals in reference to Terry Earl Stewart (vt, ) (Entered: 12/11/2006) |
| 12/11/2006 | 142 | Letter/Correspondence from the U.S. Court of Appeals in reference to Terry Earl Stewart (vt, ) (Entered: 12/11/2006) |
| 12/28/2006 | 143 | JUDGMENT/MANDATE of USCA (certified copy) as to Terry Earl Stewart re 132 Notice of Appeal - Final Judgment - appeal dismissed for faiure to pay docketing fee (sm, ) (Entered: 12/28/2006) |
| 01/22/2007 | 145 | ORDER Denying Application to Proceed Informa Pauperis on Appeal as to Terry Earl Stewart . Signed by Judge Robert A. Junell. (vt, ) (Entered: 01/22/2007) |
| 01/22/2007 | 146 | Letter/Correspondence to the U.S. Court of Appeals regarding order by Terry Earl Stewart (vt, ) (Entered: 01/22/2007) |
| 03/30/2007 | 147 | JUDGMENT/MANDATE of USCA (certified copy) as to Terry Earl Stewart re 132 Notice of Appeal - Final Judgment (vt, ) (Entered: 03/30/2007) |
| 03/30/2007 | 148 | Appeal Record Returned as to Terry Earl Stewart: 132 Notice of Appeal - Final Judgment (vt, ) (Entered: 03/30/2007) |
| 04/24/2015 | 149 | MOTION to Appear Pro Hac Vice (no fee received) by Terry Earl Stewart. (Attachments: # 1 Proposed Order)(sm) (Entered: 04/24/2015) |
| 04/27/2015 | 150 | ORDER GRANTING 149 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. as to Terry Earl Stewart (1). Signed by Judge Robert A. Junell. (sm) (Entered: 04/27/2015) |

| 05/18/2015 | 151 | Unopposed MOTION to Unseal Document *Filed Under Seal or Otherwise Available to the Public Through Pacer* by Terry Earl Stewart. (Attachments: # 1 Proposed Order Releasing Documents Filed Under Seal)(DeBruine, Sean) (Entered: 05/18/2015) |
|---|---|---|
| 05/20/2015 | 152 | ORDER GRANTING 151 Motion to Unseal Document as to Terry Earl Stewart (1). Signed by Judge Robert A. Junell. (sm) (Entered: 05/21/2015) |
| 12/19/2016 | 153 | AMENDED JUDGMENT as to Terry Earl Stewart (1), Count(s) 1, Dismissed count 1 on government smotion; Count(s) 1s, It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of life. A ter m of supervised release will be 10 years. Sentence imposed in all counts to run concurrently with each other. On December 19, 2016 President Barack Obama commuted the total sentence of imprisonment to a term of 327 months leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.; Count(s) 2, Dismissed count 2 on governments motion; Count(s) 2s, 3s, It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 years. A term of supervised release is 6 years. On December 19, 2016 President Barack Obama commuted the total sentence of imprisonment to a term of 327 months leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence; Count(s) 3, Dismissed count 3 on governments motion. Signed by President Barack Obama. (jk) (Entered: 12/20/2016) |
| 01/18/2018 | 155 | ORDER as to Terry Earl Stewart, Latoya Latrice Golden reassigning to Judge David Counts. Judge Robert A. Junell no longer assigned for Terry Earl Stewart, Latoya Latrice Golden. Signed by Chief Judge Orlando L. Garcia. (se) (Entered: 09/15/2020) |
| 09/14/2020 | 154 | MOTION to Reduce Sentence - First Step Act by Terry Earl Stewart. (Attachments: # 1 Appendix 1, # 2 Appendix 2)(Greenberg, Laura) (Entered: 09/14/2020) |
| 09/15/2020 | 156 | ORDER TO FILE RESPONSE as to Terry Earl Stewart. The Court ORDERS the Government to file a response to Defendants Motion on or before Monday, October 26, 2020. Signed by Judge David Counts. (se) (Entered: 09/15/2020) |
| 09/15/2020 | 157 | NOTICE OF ATTORNEY APPEARANCE: Laura G. Greenberg appearing for Terry Earl Stewart (Greenberg, Laura) (Entered: 09/15/2020) |
| 09/15/2020 | 158 | NOTICE OF ATTORNEY APPEARANCE: Anthony J. Colton appearing for Terry Earl Stewart . Attorney Anthony J. Colton added to party Terry Earl Stewart(pty:dft) (Colton, Anthony) (Entered: 09/15/2020) |
| 09/15/2020 | 159 | NOTICE OF ATTORNEY APPEARANCE Matthew Lathrop appearing for USA. . Attorney Matthew Lathrop added to party USA(pty:pla) (Lathrop, Matthew) (Entered: 09/15/2020) |
| 10/23/2020 | 160 | MOTION for Extension of Time to File Response/Reply as to 154 MOTION to Reduce Sentence - First Step Act by USA as to Terry Earl Stewart. (Lathrop, Matthew) (Entered: 10/23/2020) |
| 10/26/2020 | | It is ORDERED the Government's Motion for Extension of Time to File Response 160 is GRANTED. The response to Defendant's Motion for Reduction of Sentence is due by November 3, 2020, as to Terry Earl Stewart (1). Entered by Judge David Counts. (This is a text-only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 10/26/2020) |
| 11/02/2020 | 161 | SEALED RESPONSE filed as to 154 Motion to Reduce Sentence - First Step Act. (Attachments: # 1 Exhibit Attach 1) (Lathrop, Matthew) Modified event type and link per Chambers on 11/3/2020 (se). (Entered: 11/02/2020) |
| 11/09/2020 | 162 | REPLY TO RESPONSE to Motion by Terry Earl Stewart re 154 MOTION to Reduce Sentence - First Step Act filed by Defendant Terry Earl Stewart, 161 SEALED MOTION filed filed by Plaintiff USA (Greenberg, Laura) (Entered: 11/09/2020) |

| | | |
|---|---|---|
| 11/13/2020 | 163 | ORDER DENYING 154 Motion to Reduce Sentence - First Step Act as to Terry Earl Stewart (1). Signed by Judge David Counts. (se) (Entered: 11/13/2020) |
| 11/19/2020 | 164 | Appeal of Order entered by District Judge 163 by Terry Earl Stewart. No filing fee submitted (Greenberg, Laura) (Entered: 11/19/2020) |
| 11/19/2020 | | NOTICE OF APPEAL following 164 Notice of Appeal (E-Filed) by Terry Earl Stewart Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (se) (Entered: 11/19/2020) |
| 12/10/2020 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit as to Terry Earl Stewart re Notice of Appeal - Final Judgment, 132 Notice of Appeal - Final Judgment. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here (se) (Entered: 12/10/2020) |
| 01/11/2021 | 165 | USCA ORDER (certified copy) GRANTING Motion to View Non-public and/or Sealed Material in the Record of Appeal re 164 Notice of Appeal - Final Judgment, as to Terry Earl Stewart. (se) (Entered: 01/14/2021) |
| 01/14/2021 | | Certified and Transmitted Record on Appeal-SEALED DOCUMENTS to Mary Perfecto re 164 Notice of Appeal - Final Judgment, as to Terry Earl Stewart. (se) (Entered: 01/14/2021) |
| 02/02/2021 | 166 | USCA ORDER (certified copy) GRANTING Motion of United States of America to View Non-public and/or Sealed Material in the Record of Appeal re 164 Notice of Appeal - Final Judgment, as to Terry Earl Stewart. (se) (Entered: 02/04/2021) |
| 08/27/2021 | 170 | USCA ORDER (certified copy) REMAND to District Court for Reasons for Denying Motion re 164 Notice of Appeal - Final Judgment, as to Terry Earl Stewart. (se) (Entered: 09/23/2021) |
| 09/21/2021 | 171 | ORDER as to Terry Earl Stewart. Signed by Judge David Counts. (Attachments: # 1 USCA Order) (jb3) (Entered: 09/23/2021) |
| 09/23/2021 | 172 | AMENDED ORDER as to Terry Earl Stewart. Signed by Judge David Counts. (se) (Entered: 09/24/2021) |
| 01/13/2022 | 173 | USCA JUDGMENT/MANDATE (certified copy) IT IS ORDERED and ADJUDGED that the Judgment of the District Court is AFFIRMED re 164 Notice of Appeal - Final Judgment, as to Terry Earl Stewart. (sg) (Entered: 01/18/2022) |
| 08/09/2024 | 174 | Probation/Supervised Release Jurisdiction Transferred to District of Kansas - Topeka Division as to Terry Earl Stewart signed by Judge David Counts. Transmitted Transfer of Jurisdiction form, with copies of indictment, judgment and docket sheet. (slt) (Entered: 08/09/2024) |